**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALZELLA ASHLEY,

    Plaintiff,

vs.                                                    Case No.: 3:17-cv-01446-BJD-PDB

DRIVETIME CAR SALES
COMPANY, LLC and
BRIDGECREST CREDIT
COMPANY, LLC,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    COMES NOW the Plaintiff, ALZELLA ASHLEY, by and through undersigned counsel, and pursuant to Local Rule 3.08, United States District Court, Middle District of Florida, hereby gives notice to the clerk, parties and their counsel that a settlement has been reached between Plaintiff and Defendants, DRIVETIME CAR SALES COMPANY, LLC and BRIDGECREST CREDIT COMPANY, LLC.  The Parties are in the process of finalizing the settlement and expect to submit a dismissal of this case shortly.

    Dated: April 24, 2018.             Respectfully submitted,

                                                        By: **/s/Ryan G. Moore**_____
                                                        **Ryan G. Moore** – Florida Bar No. 70038
                                                       ryan@beacheslaw.com
                                                       **FIRST COAST CONSUMER LAW**
                                                       *Attorneys for Plaintiffs*
                                                       340 Third Avenue South, Suite A
                                                       Jacksonville, FL 32250-6767
                                                       Tel.: 904-242-7070; Fax 904-242-7054

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that this 24th day of April, 2018 a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system to:

Jenny N. Perkins  
Ballard Spahr LLP  
1735 Market Street, 51st Fl.  
Philadelphia, PA 19103  
perkinsj@ballardspahr.com  
*Attorneys for Defendant*

                                                       /s/ Ryan G. Moore_____